IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

LELAND FOSTER,

        Plaintiff,

v.

ICONIC HOLDINGS, LLC and
TRIA COMPANY, LLC,

        Defendants.

Case No. 1:17-cv-00847

Honorable: Paul L. Maloney

### STIPULATED ORDER DISMISSING CLAIMS WITH PREJUDICE

In accordance with the parties' stipulation through their undersigned counsel, and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to the terms of the parties' Confidential Settlement and Release Agreement.  The Court shall maintain jurisdiction solely for purposes of enforcement of the Confidential Settlement and Release Agreement.

Date:  December 29, 2017

/s/ Paul L. Maloney
Hon. Paul L. Maloney

**Approved as to Form and Substance:**

/s Owen B. Dunn, Jr. (with permission)
Owen B. Dunn, Jr., Esq.
Law Office of Owen B. Dunn, Jr.
Attorney for Plaintiff

/s Brett A. Rendeiro
Brett A. Rendeiro (P64792)
VARNUM LLP
Attorneys for Defendants